UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| STEVEN JASON WILDMAN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>M. ELIOT SPEARMAN, Warden,<br><br>　　　　Respondent. | Case No. SACV 16-01198-PSG (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the motion to stay, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

//

//

| | |
|---|---|
| 1 | IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice. |
| 2 | |

Dated: 11/13/17

PHILIP S. GUTIERREZ
United States District Judge