JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN JASON WILDMAN,<br><br>Petitioner,<br><br>v.<br><br>M. ELIOT SPEARMAN, Warden,<br><br>Respondent. | Case No. SACV 16-01198-PSG (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: 11/13/17

PHILIP S. GUTIERREZ
United States District Judge